March 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GEORGE OLIVAREZ, Appellant

NO. 14-12-00953-CV                    V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION, ET AL, Appellee

_____

This cause, an appeal from the order of dismissal in favor of appellee, Texas Department of Criminal Justice Correctional Institutions Division, et al, signed October 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order of dismissal. We order the decision of the court below **AFFIRMED**.

We order appellant, George Olivarez, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.